## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## _macon_ DIVISION

## QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
## PRO SE UNDER 42 U.S.C. § 1983

Roy Lee Smith

GDC# 1000661938

_____

_____

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

**Plaintiff**

VS.

Mr George Zoley Chief

Excutive CEO Group Inc.

_____

_____

(NAME OF EACH DEFENDANT)

**Defendant(s)**

CIVIL ACTION NO:

~~5:14~~-CV-071

## I. GENERAL INFORMATION

1. Your full name **and** prison number  Roy Lee Smith GDC# 1000661938

2. Name and location of prison where you are **now** confined  Riverbend Cowt Fac.

3. Sentence you are now serving (how long?)  6 yrs

   (a) What were you convicted of?  probation violation

   (b) Name and location of court which imposed sentence  Chatham County
   Superior court in Savannah, GA 31401

   (c) When was sentence imposed?  oct 7, 2011

   (d) Did you appeal your sentence and/or conviction?   Yes ☐   No ☑

   (e) What was the result of your appeal?  guilty plea

1.

(f) Approximate date your sentence will be completed___*oct 6, 2016*___

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

**4.** Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

Yes ☐   No ☑

**5.** If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

  (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

  Plaintiff(s):_____

  Defendant(s):_____

  (b) Name of Court:_____
  (c) Docket Number:_____   When did you file this lawsuit?_____
  (d) Name of judge assigned to case:_____
  (e) Is this case still pending?   Yes ☐   No ☐
  (f) If your answer to (e) is "No", when was it disposed of and what were the results?

    (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

    _____

**6.** Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes ☐   No ☐

**7.** If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

  (a) Parties to the previous lawsuit:

    Plaintiff(s):_____

    Defendant(s):_____

  (b) Name of Court:_____
  (c) Docket Number:_____   When did you file this lawsuit?_____
  (d) Name of judge assigned to case:_____
  (e) Is this case still pending?   Yes ☐   No ☐

2.

(f)   **If your answer to (e) is "No", when was it disposed of and what were the results?**
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

8. AS TO <u>ANY</u> LAWSUIT FILED IN <u>ANY</u> FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?        Yes ☐      No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

N/A                                     N/A

## III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? _Riverbed_
_Correctional Facility, in Milledgeville GA 31061_

(a) Does this institution have a grievance procedure?        Yes ☑   No ☐

(b) If your answer to question 9(a) is "Yes," answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☑      No ☐

(2) If Yes, what was the result? _I presented my grievance about_
_Jan 24, 13 and it's now February 19, 14 and I still_
_haven got any answers or response or I that be over 12_
_months,_

(3) If No, explain why not: _Same in number (2) listed above_

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials?  Give dates and places and the names of persons talked to.

I wrote warden Heed, grievance officer Ms. Smith and my counselor Mr. campfill but everybody ignores me and wont respond.

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?        Yes ☐   No ☑

(1) If Yes, to whom did you appeal and what was the result? _____

_____

_____

(2) If No, explain why you did not appeal: I haven recieved it back and thats been over 12 muiths now since Jan. 24, 13

10.  In what other institutions have been confined?  Give dates of entry and exit.

N/A

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

RayLee Smith GDC# 1000649938
Riverbend Correctional Facility
196 Laying Farm Road
Milludgeville, GA 31061   (478) 414-2300

12.  List the full name, the official position, and the place of employment of each defendant in this lawsuit.  (ATTACH ADDITIONAL PAGES IF NECESSARY)

Mr. George Zoley   Chief Executive of GEO Group Inc.
One Park Place 621, North West Place 53rd street
BocaRaton FL, 33487

4.

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? Riverbend Correctional Facility in Milledgeville, GA 31061

WHEN do you allege this incident took place? Since Jan 8, 13 until present.

WHAT happened? See all claims and actual facts not opinions, plaintiff First claim is for Lack of fire safety, there are no fire exit signs on any door in case of a emergency evaluation, plaintiff Second claim is being expose to excessive cold ventilation temperature inside the dorm, plaintiff Thrred claim is lack of drinkeable water due to Toxic and noxious fumes and contaminated water from septic tank pip lines runing togethr with regulure Fountain drinking water et al, all this is clause from the defective pluming system which is unsanitery, plaintiff's Fourth Claim is GEO Group chief Excutive Mr. George Zoley, lack of training of custody staff officers in mental health issues Level(2) mental health inmates because plaintiff herein is also a Level(2) mental health patient whom suffers at the hands of GEO Group Inc. Correctional officers not understanding the seriousness of a mental health patient, Also my constitutional rights were violated when I was deprived of a basic human need guarenteed by the United States constitution

Clause by the owner of GEO Group Inc. Chief Executive
Mr. George Zoley, building a private correctional Fac,
contracted with the state and Federal government to
housed inmates, however this contract Did not involve
poor pluming system, or lack of fire safety exit signs, or
Failure to train officers to understand the seriousness
of any mental health patient, the responsibility of such
lies at the hands of the Chief Executive Mr. George
Zoley of GEO Group Inc. Furthermore this 42 U.S.C 1983
requires plaintiff to cit no legal arguments or case cit-
ation nor statutes, plaintiff has suffered under these
extreme conditions since Jan. 8, 2013, the date he
was transfered From Ga. Diagnostice Classification,
and has and still is suffering migraine headaches,
vision lose, dizzyness, dry skin, and dry scalp, mood
swings, Also plaintiff has asthma and his injuries are
becoming more life threatening avery day due to these
exposures of serious health problem and (bio-wast)

Additional claim (Fifth one) plaintiff allege the Failure of
Chief Executive Georgia Zoley to have a Generator For
back up For the inmates to take shower's at the
Riverbend Correctional Facility as of 5:00 Am Feb. 13 14
there is nob Hot water to shower, with., plaintiff
has a Six (6) claim which is presented my two
exhibits  A and Exhibit -B. see page Six over→

grievance number # 163316, challenging the
condition of a basic human need, the deprivation and denial of Boot's, plastic rain poncho and
Tabbaigan HAT, See warden's disposition dated
Dec. 31. 13. he stated For me to purchase shoes
and stocking cap using access. I am a poor
Indigent inmate under the custodian care of the
GEO Group Inc Chief Excutive Georgia Zoley and
this is a human basic need that I am being
directed to pay For expenses, See (7th) Claim the
grievance number # 163637, Exhibit - B enclosed
plaintiff Access to Court is a constitutional right
not a privilege    and GEO Group Inc, George
Zoley has authorize (warden) OF Riverbend Corr't
Facrity to charge me Sale Taxes of commissory
Hygiene and Food perchase, and to charge
my inmates account For Legal copies made of
Legal material generated by the state and Federal
Courts, any material I need to challenge and
unconstitutional sentence is required under
my right to petition government officials For an
redress of grievance First amend. const, plaintiff is
in Fact a ward of this state and a U.S. citizen
whom reserve his First amendment right to
redress with out being required to pay GEO Group
Inc. George Zoley Chief Excutive money to do so
he is my custodian,

7.

plaintiffs (8) Claim See Exhibit - C disposition
From final grievance level the office of inmate
Affairs Ms. Lisa Fountain Interim Manager
ombudsman office, following Exhibit - A
which is all enclosed please acknowledge it
was said by inmate affairs office Ms. Fountain
Lisa, that plantiff did not provide any evidence
factual to substantiate his allegations that
prove it was a basic human need, further
more plantiff made very clear in his grievance
that the deprivation (denial) of boot rain coat,
etc al constitutes a Eighth Amendment right
violation which govern ~~basic~~ basic human
needs, defendents have deliberately acted
~~with~~ bias with evil motivated intentions,
and plantiffis claim for punitive damages
and ~~monetery~~ money damages are
supported In Adeprivation of a basic human
need (such as food, clothing, shelter, exercise,
medical care, or reasonable safety) (the ob-
jective element) Helling v. Mckinney, 509, U.S.
25, 31-32. (1993). plantiffs (9) Claim is a
violation of a First amend. const. the right to
petition government official For a redress of
grievance Exhibit - D grievance number an
163637 enclosed plantiff access to court rights
is not a privilege however but is a right
guaranteed by the U.S. const First amend.

8.

and plaintiff being a word of the state he is
in fact has a right to challenge and alleged
unconstitutional and illegal and void sentence
and judgment, with materials provided by the
Georgia department of corrections. And now
plaintiff demands a reimbursement of all
money paid ~~toward~~ toward challenge his
illegal conviction which is approximately
about 2.84 dollars, in compensationary
damages and or nominal damages or an
monetery damage reluf,

**14.** List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

every inmate housed at this Facility will verify and give a vereble statement if this ct so required or orders it

**15.** BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

to award me Five million dollars in punitive demages For my injures in the individual capecity of chief Executive George Zoley of CEO Crup Inc. and to transfore plaintiff to a (T C) Transitional Center, as Security Level is minumum and injuntive rdif can be awarded.

**16.** You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

**17.** KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this ___14th___ day of ___February___, 20 _14_ .

_Roylu Smith_
PLAINTIFF

10'

(Legal Arguments and Citations of Claim)

1. To establish a violation of the Eighth Amendment it is necessary to show two things, (1) A deprivation of a basic human need such as food, clothing, shelter, exercise, medical care, or reasonable safety which are the objective elements Helling v. McKinney, 509, U.S. 25, 3(-32 (1993). See Exhibit -A enclosed grievance warden Head, denied plaintiff of a pair of Boots and a tobaggen Hat and rain coat, the condition of the season is winter, (cold temperture) its raining and temperture is 21 to 39 degrees, 2. Exhibit-B grievance enclosed warden Head, said GEO policy is in compliance with state and Federal court orders, There is not court orders which authorize GEO group Inc. to charge inmates money to exercise of their First amendment constitutional right to petition the government for a redress of grievance under ones access to court, 3. GEO group Inc. chief Executive George Zoley, Failure to train officers to handle mental health patients is an Eighth amend. const. violation Supported In Conn v. City of Reno, 591 F. 3d 1081 (9th Cir. 2010). 4. Excessive exposure to cold temperature ventilation inside dorm Supported In Gillis v. Litscher, 468. F. 3d 488, 494 (7th Cir. 2006). 5. plaintiff claim that GEO group Inc. Lack of drinkable water due to its Toxic Fumes coming From the poor plumbing system and pip lines running with the septic                  10 [2]

tank makes drinking water polluted and such claim would not be Frivolous supported In See Jackson v Duckworth 955 F. 2d 21, 22. (7th cir. 1992). 6. plaintiff argues the lack of Fire safety Clause by GEO Group Inc. Chief Executive George Zoley has deliberatily denied plaintiff Fire safety rights because he has refuse to place Fire exit signs on doors in the unit building and dorms, claim supported by Hadix v. Johnson 367 F. 3d 513, 525, (6th cir. 2004). 7. GEO Group Inc. Chief Excutive George Zoley has deliberately Failed to created a invironmental safety hazar because there are no Fire exits etc al inside the dorms which risk of injury or death in the event of an earthquake, supported In Jones v. City and County of San Francisco 976. F. supp. 896, 909-10 ( N·D· Cal. 1997). 8. defendant George Zoley is fully resposible For the was this Facility is run and responsible For training all his staff employees and to make sure they are well qualify For there positions and Job titles, defendents works under the Corlar of State law while training his employees to perform there duty at work and his no qualified immunity because this is a private prison Facility corporation

plaintiffs 9th. argument, is if defendant shows any form of retaliation for the filing of his complaint by transferring plaintiff to another private or state facility other than a Transitional center as his security level minimum requires, the request for this relief will be punitive damages supported. In Siggers El V. Barlow 433 F. Supp. 2d 811 (E.D. Mich 2006) In that case a prisoner received $ 200,000 in punitive damages after he was transferred in retaliation for complaining to the warden about a prison official who harrassed the prisoner and refused to put in the routine paperwork he needed to pay his appellate lawyer, and plaintiff demands 200,000 dollars also in this civil action under punitive damages,

Exhibit- A
12-12-13

*CONFIDENTIAL*

Attachment 1
SOP IIB05-0001

**Offender GRIEVANCE FORM (Facsimile)**

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME Roylee Smith          OFFENDER NUMBER 000661938

INSTITUTION Riverbend Correctional Facility   GRIEVANCE NUMBER 143316

DATE COMPLETED FORM RECEIVED FROM OFFENDER          BY

DATE APPEAL RECEIVED                                BY

**THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.**

DESCRIPTION OF INCIDENT:

I'm filing this complaint against warden Fredrick I. Head For allowing his captain on property controle Nls. Dixon to deprive me of a basic human need guarantee by the Eighth amendment united states consitution which deals with prison conditions, For taken my Boots and issuieing me a pair of Plastic crops with holes inside them, and For refusing to issuse me a clear rain poncho and a Tabbargin Hat, due to the season of wheather, I am aword of this state prison Facility Corrections and riverbend correctional Facility is responsible to my safety and Health, and I stand a high serious risk of getting sick and need over →

RESOLUTION REQUESTED:

A pair of side 11 tennis shoes or Boots side 11, and A Tabbargin Hat, and a rain poncho siute, at the expenses to riverbend correctional Facility as the 8th amendment requires of prison conditions of wheather,

_____          12-12-13
OFFENDER Signature                  Date

*Is this grievance being filed within the 10 day time limit? Please answer ● Yes or ○ No . If the answer is No, please explain why.*

the proper Clothen Boots or tennis shoes, and a Tobbargan Hat and a rain poncho
For raining days, I almost slip and Fall several times due to these plastic
Holely crops which is also a safety hacor, it is the ~~responsible~~
responsibility of Warden Head to provide proper Clothen due to the
wheeter conditions outside, And I am requesting a pair of tennis shoes
Side 11, and or a pair of Boots side 11, and a rain poncho suite
and a Tobbargan Hat, immedishly or I am Force to File a 1983 Civil
Actan For violation of my Eighth Amendment which deals with a basic human
need, conditions in prison, This grievance is my informal resolution to resolve
this matter

       Thank you

       Raylee Smith

       12-12-13
       Thursday morning Dec, 2013

Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

| | | | |
|---|---|---|---|
| Offender's Name: | **Roylee Smith** | Grievance Number: | 163316 |
| GDC #: | **1000661938** | Facility: | **Riverbend C.F.** |

RESPONSE TO GRIEVANCE:
Boots are issued to inmates who need them for their work details.  Based on GDC SOP rain coats and tobaggans are optional and Riverbend opts not to supply them.  You may purchase a pair of tennis shoes and a stocking cap through Access.  Grievance denied.

_____          12/3/13
Warden's/Superintendent's signature          (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:          RLS
_____          01/03/14
Offender's signature          (date)

---

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

Exhibit - B
12-19-13

CONFIDENTIAL
**Offender GRIEVANCE FORM (Facsimile)**

Attachment 1
SOP IIB05-0001



THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT:

I'm filing this grievance against EEO crap conditions at Riverbend Correctional Facility, which violates a statutory right and the First Amendment constitutional So right protected by Turner standards; I am an ward of the state prison penal system, and placed in there custody. And the prison is ordered to provide all Legal materials and copies to incarcerated prisoners whom Challenging his or her unconstitutional convictions by Habeas corpus petitions; The prison is also authority to pay any Legal or personal postages over—→

RESOLUTION REQUESTED:

That any and all obligations For Legal mail copies and postages and the dollar a month and any Sale Taxes be immediate stopped or I will be force to file a law suit, this is my informal resolution and Exhaustion of Administrative remedies as the Ct requires!

_____   12-18-13
OFFENDER Signature                Date

Is this grievance being filed within the 10 day time limit? Please answer   (Yes) or   **No** .  If the answer is No, please explain why.

without compensation From its ~~prison~~ prisoners
Family members whom place money on a inmates
account, I currently have 3 state Habeas Corpus
pending in Baldwin County Superior Court For
unconstitutional convictions, and a 1983 Civil
action which also challengages other prison
conditions I was violated on, and Warden
Mr. Fredrick J. Head is well awair of such
actions pending. I am also being force to pay
one dolla a month For inmate account which
is unconstitutional and violates a condition
in prison, A prison Facility may profit interest
From an inmates account But NOT charge the
inmate For haven an account, I am also being
Force to pay Sale taxes on purchase Food items
From the Commossary. I am Seeking immediate
injunctive relief From GEO Group Riverbend Court
Facility, to Dispose of any obligations pending
against me For Legal mail copies, and postages
For any postages of mail outgoing. I am also
requesting For injunctive relief that no further
deduction For Sale Tax For Food perchaxes be
deducted From my inmates account, And For
GEO Grup at Riverbend Correctional Facility, and
the GDC Mr. Brám Owens stop chargin me a dollar
For holding an account For me.

2.

Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name:   **Roylee Smith**          Grievance Number:     163637

GDC #:             **1000661938**            Facility:             **Riverbend C.F.**

RESPONSE TO GRIEVANCE:
Riverbend's inmate provisions are based on GEO policy, Georgia Department of Corrections
Procedures and American Correctional Association standards which incorporate state and federal
court orders.  Your rights have not been violated.  Grievance denied.

_____          _____
Warden's/Superintendent's signature          12/31/13
                                          (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____          January 02,     14
Offender's signature                          (date)

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator.
If the last day is not a business day at your institution, you may file it on the next day that is a business
day.*



Georgia Department of Corrections
Office of Investigations and Compliance
Inmate Affairs and Ombudsman Unit
P.O. Box 1529
Forsyth, Georgia 31029

ATTACHMENT 9
SOP IIB05-0001

Nathan Deal

Governor

Brian Owens

Commissioner

## CENTRAL OFFICE APPEAL RESPONSE

**Offender's Name:  Smith, Roy**

**GDC#: 1000661938**

**Grievance Number:  163316**

**Facility:  Riverbend Correctional Facility**

A member of my staff has reviewed your grievance. In your written statement you alleged that Riverbend Correctional Facility is depriving you of the basic human needs. You alleged that your boots were confiscated and you were issued plastic Crocs and you were denied a rain poncho and a toboggan hat for seasonal weather.

Our review revealed that you provided no other factual evidence to substantiate your allegations that your basic human needs are being deprived because Riverbend Correctional Facility opted not to supply the inmate population with rain coats, toboggan hats and boots unless the boots are required for work detail. This grievance is denied.

_Lisa Fountain_                                    01/27/2014
_____        _____
Lisa Fountain, Interim Manager                (date)
Inmate Affairs and Ombudsman

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____        _____
Offender's signature                              (date)

12-12-13

CONFIDENTIAL

Attachment 1

**Offender GRIEVANCE FORM (Facsimile)**

SOP IIB05-0001

INSTITUTIONAL STAFF USE ONLY

OFFENDER NAME Roylee Smith          OFFENDER NUMBER : 0006619 38

INSTITUTION Riverbend Correctional Facility     GRIEVANCE NUMBER 143314

DATE COMPLETED FORM RECEIVED FROM OFFENDER 12-12-13    BY R. Smith

DATE APPEAL RECEIVED 1-7-14                             BY R. Smith

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT:

I'm filing this complaint against warden Fredrick J. Head For allowing his captein on perpecty controle Nis Dixon, to deprive me of a basic human need guarentee by the Eighth amendment united states constitutions which deals with prison conditions, For taken my Boots and issuing me a pair of Plastic crops with holes inside them, and For refusing to issue me a Clear rain poncho and a Tobbagan Hat, due to the season of wheather, I am award of this state prison Fecility Corrections and riverbend Correctional Fecility is responsible to my safety and Health, and I stand a high serious risk of getting sick and need over-1

RESOLUTION REQUESTED:

A pair of side 11 tennis shoes or Boots side 11, and A Tobbagan Hat, and 4 rain poncho suite, at the exspenses to riverbend Correctional Facility as the 8th amendment requires of prison conditions of wheather,

Roylee Smith                    12-12-13

OFFENDER Signature              Date

*Is this grievance being filed within the 10 day time limit? Please answer* ● Yes *or* ○ No . *If the answer is No, please explain why.*

the proper Clothen Boots or tennis shoes, and a Tabbargan Hat and a rain poncho
For raining days, I almost slip and Fall several times due to these plastic
Holely crops which is also a safety hazor, it is the ~~responsible~~
responsibility of Warden Head to provide proper Clothen due to the
whecter conditions outside. And I am requesting a pair of tennis shoes
side 11, and or a pair of Boots side 11, and a rain poncho suite
and a Tabbargan Hat, immedistly or I am force to File a 1983 Civil
Actan For violchan of my Eighth Amendment which deals with a basic human
need, conditions in prison, This grievence is my informal resolution to resolve
this matter

Thank you

Roylee Smith

12-12-13
Thursday murning 12ec, 2013

Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name:   **Roylee Smith**          Grievance Number:      163316

GDC #:                     **1000661938**           Facility:                      **Riverbend C.F.**

RESPONSE TO GRIEVANCE:
Boots are issued to inmates who need them for their work details.  Based on GDC SOP rain coats and tobaggans are optional and Riverbend opts not to supply them.  You may purchase a pair of tennis shoes and a stocking cap through Access.  Grievance denied.

_____          _12/31/13___
Warden's/Superintendent's signature                (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:
_____          _Jan 02, 14_
Offender's signature                                     (date)

*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

Exhibit D



**Georgia Department of Corrections**
**Office of Investigations and Compliance**
**Inmate Affairs and Ombudsman Unit**
**P.O. Box 1529**
**Forsyth, Georgia 31029**

ATTACHMENT 9
SOP IIB05-0001

Nathan Deal

Governor

Brian Owens

Commissioner

## CENTRAL OFFICE APPEAL RESPONSE

**Offender's Name:  Smith, Roy**

**Grievance Number:  163637**

**GDC#:  1000661938**

**Facility:  Riverbend Correctional Facility**

A member of my staff has reviewed your grievance. In your written statement you alleged that as a ward of the State, you should be provided legal materials, copies and postages. You further alleged that as a ward of the State, you should not have to pay sale taxes for food items from the commissary or pay the $1.00 monthly fees for your inmate account. You alleged that the imposed fees violate your statutory and first amendment rights.

Our review of this grievance revealed that you failed to follow policy in the filing of this grievance. Policy states only one issue per grievance and you grieved several issues. Due to your failure to follow policy, this grievance will not be addressed by the Office of Inmate Affairs and Appeals.

_Lisa Fountain_                          01/27/2014

Lisa Fountain, Interim Manager                (date)
Inmate Affairs and Ombudsman

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____          _____

Offender's signature                         (date)

12-19-13

*CONFIDENTIAL*
Attachment 1
**Offender GRIEVANCE FORM (Facsimile)**
SOP IIB05-0001



INSTITUTIONAL STAFF USE ONLY
OFFENDER NAME: Raylee Smith
OFFENDER NUMBER: 1000081932
INSTITUTION: RBCF
GRIEVANCE NUMBER:
DATE COMPLETED FORM RECEIVED FROM OFFENDER: 12-18-13   BY:
DATE APPEAL RECEIVED: 1-6-14   BY:

THIS FORM MUST BE COMPLETED IN INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT:

I'm filing this grievance against EEO group conditions at Riverbend Correctional Facility, Which violates a statutory right and the First Amendment constitutional So right protected by Turner standards; I am an ward of the state prison penal System, and placed in there custody. And the prison is ordered to provide all Legal materials and copies to incarcerated prisoners whom Challenging his or her unconstitutional convictions by Habeas corpus petitions; The prison is also authority to pay any Legal or personal postages over——→

RESOLUTION REQUESTED:

That any and all obligations For Legal mail copies and postages and the dollar a month and any sale Taxes be immediate stopped or I will be Force to File a law suit, this is my informal resolution and Exhusion of Administrative remedies as the Ct requires!

OFFENDER Signature   Date 12-18-13

Is this grievance being filed within the 10 day time limit? Please answer (Yes) or   No . If the answer is No, please explain why.

without compensation From its ~~prisoners~~ prisoners
Family members whom place money on a inmates
account, I currently have 3 state Habeas capus
pending in Baldwin County Superior Court For
unconstitutional convictions, and a 1983 Civil
action which also challengages other prison
conditions I was violated on, and Warden
Mr. Fredrick J. Head is well awair of such
actions pending. I am also being force to pay
one dolla a month For inmate account which
is unconstitutional and violates a condition
in prison, A prison Facility may profit interest
From an inmates account But Not Charge the
inmate For haven an account, I am also being
Force to pay Sale taxes on perchase Food items
From the Commissary. I am Seeking immediate
injunctive relief From GEO Group Riverbend Corrt
Facility, to Dispose of any obligations pending
against me For Legal mail copies, and postages
For any postages of mail outgoing. I am also
requesting For injunctive relief that no further
deduction For Sale Tax For Food perchoes be
deducted From my inmates account, And For
GEO Grup at Riverbend Correctional Facility, and
the GDC Mr. Brian Owens stop chergin me a dollar
For holding an account For me.

2.

Attachment 4
SOP IIB05-0001

## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

| | | | |
|---|---|---|---|
| Offender's Name: | **Roylee Smith** | Grievance Number: | 163637 |
| GDC #: | **1000661938** | Facility: | **Riverbend C.F.** |

RESPONSE TO GRIEVANCE:
Riverbend's inmate provisions are based on GEO policy, Georgia Department of Corrections Procedures and American Correctional Association standards which incorporate state and federal court orders. Your rights have not been violated. Grievance denied.

_____     _____
Warden's/Superintendent's signature            (date)

I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:

_____     _____
Offender's signature                    (date)

> *You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*