IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROYLEE SMITH, | * |
|     Plaintiff, | * |
| v. | Case No. 5:14-CV-71-MTT |
| | * |
| GEORGE ZOLEY, Chief Executive Officer of GEO Group, Inc., | * |
|     Defendant. | * |

### **J U D G M E N T**

Pursuant to this Court's Order dated March 3, 2014, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 4th day of March, 2014.

                                                          Gregory J. Leonard, Clerk

                                                          s/ Amy N. Stapleton, Deputy Clerk